IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–52–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW DALLAS LEE, | |
| Defendant. | |

Before the Court is the United States' Motion to Dismiss with Prejudice Forfeiture Allegation. (Doc. 29.) The United States moves to dismiss the forfeiture allegation in the above-captioned matter with prejudice on the grounds that "the property was stolen and will be returned to the rightful owner." (*Id.* at 2.)

Accordingly, IT IS ORDERED the motion (Doc. 29) is GRANTED. The Indictment's forfeiture allegation is DIMISSED WITH PREJUDICE.

DATED this 6th day of December, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1